Bange *v.* Harrisburg West Motor Inn, Inc., Appellant.

Argued March 12, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert M. Strickler,* with him *Markowitz, Kagen & Griffith,* for appellant.

*Richard K. Masterson,* with him *Waters, Fleer, Cooper & Gallager,* for appellee.

OPINION PER CURIAM, April 16, 1968:

Order affirmed on authority of *Emmaus Municipal Authority v. Eltz,* 416 Pa. 123, 204 A. 2d 926 (1964).